UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    James T Van Horn<br><br>        Debtor | Chapter 13<br>Bankruptcy No.21-13105-PMM |

### CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 29th day of March, 2022, by first class mail upon those listed below:

James T Van Horn
5077 Hampshire Rd.
Center Valley, PA  18034

**Electronically via CM/ECF System Only:**

Alexander Tuttle, Esquire
2303 N. Broad Street
Suite 2
Colmar, PA  18915

/s/ Kristen Gliem
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee