**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : |
| JAMES T. VAN HORN, | : Chapter 13 |
| | : |
| Debtor | : Bankruptcy No. 21-13105-PMM |

**PRAECIPE FOR ENTRY OF APPEARANCE**

Kindly enter my appearance as Counsel for the Debtor, James T. Van Horn, in the above-captioned matter.

DATED:  May 3, 2022        /s/David B. Schwartz
                           David B. Schwartz, Esquire
                           Goodman Schwartz & Shaw LLC
                           I.D. 25490
                           514 Fullerton Avenue, Suite 2
                           Whitehall, PA  18052
                           Telephone:  610-434-2023
                           Fax:  610-432-4552
                           Email:  david@dbsesq.com
                           Counsel for Debtor