Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-13105-PMM**

James T Van Horn  
5077 Hampshire Rd.  
Center Valley  PA    18034

Petition Filed Date: 11/19/2021  
341 Hearing Date: 02/01/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/16/2022 | $1,448.00 | | 03/03/2022 | $1,448.00 | | 03/31/2022 | $1,448.00 | |
| 05/02/2022 | $1,448.00 | | 05/05/2022 | $1,448.33 | | 06/07/2022 | $1,448.00 | |
| 07/12/2022 | $1,448.00 | | | | | | | |

**Total Receipts for the Period:  $10,136.33    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,136.33**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Alexander Tuttle, Esquire | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $66,288.92 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $331.78 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $4,489.83 | $0.00 | $0.00 |
| 4 | SPECIALIZED LOAN SERVICING LLC »» 002 | Mortgage Arrears | $82,726.42 | $0.00 | $0.00 |
| 5 | AT&T MOBILITY II LLC C/O AT&T SERVICES »» 003 | Unsecured Creditors | $212.24 | $0.00 | $0.00 |
| 0 | DAVID B SCHWARTZ ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 21-13105-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $10,136.33 | Current Monthly Payment: | $1,448.33 |
| Paid to Claims: | $0.00 | Arrearages: | $1,450.31 |
| Paid to Trustee: | $810.91 | Total Plan Base: | $86,899.80 |
| Funds on Hand: | $9,325.42 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.