B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania, Reading Division

In re  **Van Horn, James T.** _____    Case No.  **21-13105** _____

                                    Debtor(s)                              Chapter   **13** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR - AMENDED

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **4,465.00** |
| Prior to the filing of this statement I have received | $ | **4,465.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    [Other provisions as needed]
      **Amendments to Schedules E, H, I, and J, ,resolve Objection to Plan with Pennsyulvania Department of Revenue,  preparation of amended Plan, representation of debtor at confirmation hearing.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Compensation for services not listed in Paragraph 5, including, but not limited to, preparing and filing or defending motions, complaints or objections and preparing and filing amendments to documents, shall be charged at our hourly rate of $325.00**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November  2, 2022** _____        **/s/ David B. Schwartz** _____
_Date_                                          **David B. Schwartz**
                                                _Signature of Attorney_
                                                **Goodman Schwartz & Shaw LLC**

                                                **514 Fullerton Ave. Suite 2**
                                                **Whitehall, PA 18052**
                                                **(610) 434-2023  Fax: (610) 432-4552**
                                                **dbsesq@aol.com** _____
                                                _Name of law firm_

---