## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James T. Van Horn | |
|            Debtor(s) | CHAPTER 13 |
| | |
| The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2007-4, its successors and/or assigns | |
|            Movant | NO. 21-13105 PMM |
|      vs. | |
| | |
| James T. Van Horn | |
|            Debtor(s) | |
| | |
| Scott F. Waterman | |
|            Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2007-4, which was filed with the Court on or about **December 17, 2021, docket number 14**.

Respectfully submitted,


/s/ Brian C. Nicholas, Esq.
_____
Brian C. Nicholas, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322


Dated: November 17, 2022