## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **James T. VanHorn,**              :         **Chapter 13**
                                           :
                                           :         **Case No.   21-13105 (PMM)**
                                           :
**Debtor.**                                :

### ORDER SETTING DEADLINE FOR FILING OF STIPULATION

    **AND NOW**, upon consideration of the Motion for Relief from Stay (doc. #47, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #49);

    **AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

    It is hereby **ORDERED** that:

1.  On or before **March 15, 2023**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2.  Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date: 2/13/23**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**