United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-13105-pmm
James T Van Horn Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 13, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James T Van Horn, 5077 Hampshire Rd., Center Valley, PA 18034-9619 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDER G. TUTTLE | on behalf of Debtor James T Van Horn agt@tuttlelegal.com 7043@notices.nextchapterbk.com;tuttle.alexanderr102490@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2007-4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CAROL E. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov |
| DAVID B. SCHWARTZ | on behalf of Debtor James T Van Horn david@dbsesq.com DBSchwartzesq@aol.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2007-4 bkgroup@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Feb 13, 2023 | Form ID: pdf900 | Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
                ECFMail@ReadingCh13.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:  James T. VanHorn,** | : | **Chapter 13** |
| | : | |
| | : | **Case No.  21-13105 (PMM)** |
| | : | |
| **Debtor.** | : | |

### ORDER SETTING DEADLINE FOR FILING OF STIPULATION

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. #47, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #49);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **March 15, 2023**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date: 2/13/23

_/s/ Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**