# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James T. Van Horn <br> <u>Debtor(s)</u> | CHAPTER 13 |
| The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2007-4 <br> <u>Movant</u> <br> vs. | NO. 21-13105 PMM |
| James T. Van Horn <br> <u>Debtor(s)</u> <br><br> Scott F. Waterman <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this __22nd__ day of __February__, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
United States Bankruptcy Judge