United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13105-pmm |
| James T Van Horn | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

**Recip ID           Recipient Name and Address**
db                + James T Van Horn, 5077 Hampshire Rd., Center Valley, PA 18034-9619

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2023          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:**

**Name**          **Email Address**

ALEXANDER G. TUTTLE
     on behalf of Debtor James T Van Horn agt@tuttlelegal.com
     7043@notices.nextchapterbk.com;tuttle.alexanderr102490@notify.bestcase.com

BRIAN CRAIG NICHOLAS
     on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2007-4 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CAROL E. MOMJIAN
     on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue cmomjian@attorneygeneral.gov

DAVID B. SCHWARTZ
     on behalf of Debtor James T Van Horn david@dbsesq.com  DBSchwartzesq@aol.com

DENISE ELIZABETH CARLON
     on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2007-4 bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 22, 2023 | Form ID: pdf900 | Total Noticed: 1 |

SCOTT F. WATERMAN [Chapter 13]
                      ECFMail@ReadingCh13.com

United States Trustee
                      USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| James T. Van Horn <br>             Debtor(s) | CHAPTER 13 |
| The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2007-4 <br>             Movant <br> vs. | NO. 21-13105 PMM |
| James T. Van Horn <br>             Debtor(s) | 11 U.S.C. Section 362 |
| Scott F. Waterman <br>             Trustee | |

**ORDER**

AND NOW, this __22nd__ day of __February__, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
United States Bankruptcy Judge