Certificate Number: 05781-PAE-DE-037390043

Bankruptcy Case Number: 21-13105



05781-PAE-DE-037390043

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 30, 2023, at 6:01 o'clock PM PDT, James Vanhorn completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 30, 2023

By: /s/Allison M Geving

Name: Allison M Geving

Title: President