| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 21-13105-PMM**

James T Van Horn
5077 Hampshire Rd.
Center Valley  PA    18034

Petition Filed Date: 11/19/2021
341 Hearing Date: 02/01/2022
Confirmation Date: 12/22/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $1,448.00 | | 10/07/2022 | $1,448.33 | | 11/07/2022 | $1,448.33 | |
| 12/07/2022 | $2,377.00 | | 12/30/2022 | $928.60 | | 02/02/2023 | $2,377.00 | |
| 03/13/2023 | $2,377.00 | | 05/04/2023 | $2,377.00 | | 06/13/2023 | $2,377.00 | |
| 07/13/2023 | $2,377.00 | | | | | | | |

**Total Receipts for the Period: $19,535.26    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $29,671.59**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ALEXANDER G TUTTLE ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  01U | Unsecured Creditors | $37,293.45 | $0.00 | $37,293.45 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  01P | Priority Crediors | $33,817.08 | $27,226.54 | $6,590.54 |
| 4 | SPECIALIZED LOAN SERVICING LLC<br>»»  002 | Mortgage Arrears | $82,726.42 | $0.00 | $82,726.42 |
| 5 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»»  003 | Unsecured Creditors | $212.24 | $0.00 | $212.24 |
| 0 | DAVID B SCHWARTZ ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 21-13105-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,671.59 | Current Monthly Payment: | $2,377.00 |
| Paid to Claims: | $27,226.54 | Arrearages: | $4,754.07 |
| Paid to Trustee: | $2,445.05 | Total Plan Base: | $129,492.28 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.