Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 21-13105-PMM**

James T Van Horn  
5077 Hampshire Rd.  
Center Valley  PA    18034

Petition Filed Date: 11/19/2021  
341 Hearing Date: 02/01/2022  
Confirmation Date: 12/22/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2023 | $2,377.00 | | 09/13/2023 | $2,377.00 | | 10/16/2023 | $2,377.00 | |
| 11/13/2023 | $2,377.00 | | 12/13/2023 | $2,377.00 | | 01/30/2024 | $2,377.00 | |
| 03/07/2024 | $2,377.00 | | 04/05/2024 | $2,377.00 | | 04/12/2024 | $4,761.99 | |
| 04/30/2024 | $2,377.00 | | 05/31/2024 | $2,377.00 | | 07/01/2024 | $2,377.00 | |
| 07/30/2024 | $2,377.00 | | | | | | | |

**Total Receipts for the Period: $33,285.99   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $62,957.58**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ALEXANDER G TUTTLE ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $37,293.45 | $0.00 | $37,293.45 |
| 3 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $33,817.08 | $33,817.08 | $0.00 |
| 4 | SPECIALIZED LOAN SERVICING LLC »» 002 | Mortgage Arrears | $82,726.42 | $23,414.39 | $59,312.03 |
| 5 | AT&T MOBILITY II LLC C/O AT&T SERVICES »» 003 | Unsecured Creditors | $212.24 | $0.00 | $212.24 |
| 0 | DAVID B SCHWARTZ ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-13105-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $62,957.58 | Current Monthly Payment: | $2,377.00 |
| Paid to Claims: | $57,231.47 | Arrearages: | $2,369.08 |
| Paid to Trustee: | $5,726.11 | Total Plan Base: | $129,492.28 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.