United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 21-13105-pmm
James T Van Horn                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                    User: admin                              Page 1 of 2
Date Rcvd: Sep 17, 2024                 Form ID: trc                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14655716 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 17 2024 23:50:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALEXANDER G. TUTTLE | on behalf of Debtor James T Van Horn agt@tuttlelegal.com 7043@notices.nextchapterbk.com;tuttle.alexanderr102490@notify.bestcase.com |
| DAVID B. SCHWARTZ | on behalf of Debtor James T Van Horn dbsesquire@gmail.com dbschwartzesq@aol.com;gerber.taylorb128924@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2007-4 bkgroup@kmllawgroup.com |

District/off: 0313-4                          User: admin                                    Page 2 of 2
Date Rcvd: Sep 17, 2024                       Form ID: trc                           Total Noticed: 1

Kelly M. Appleyard
                    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov

MICHELLE L. MCGOWAN
                    on behalf of Creditor The Bank of New York Mellon mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 21-13105-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

James T Van Horn
5077 Hampshire Rd.
Center Valley PA 18034

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/13/2024.

Name and Address of Alleged Transferor(s):

Claim No. 2: The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, South Carolina 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/19/24

Tim McGrath
**CLERK OF THE COURT**