| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 21-13105-PMM**

| | |
|---|---|
| James T Van Horn | Petition Filed Date: 11/19/2021 |
| 5077 Hampshire Rd. | 341 Hearing Date: 02/01/2022 |
| Center Valley  PA     18034 | Confirmation Date: 12/22/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2024 | $2,377.00 | | 09/30/2024 | $2,377.00 | | 10/30/2024 | $2,377.00 | |
| 12/03/2024 | $2,377.00 | | 01/02/2025 | $2,377.00 | | 01/30/2025 | $2,377.00 | |
| 03/03/2025 | $2,377.00 | | 03/31/2025 | $2,377.00 | | 04/30/2025 | $2,377.00 | |
| 06/02/2025 | $2,377.00 | | 06/30/2025 | $2,377.00 | | 07/30/2025 | $2,377.00 | |

**Total Receipts for the Period:  $28,524.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $91,481.58**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ALEXANDER G TUTTLE ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $37,293.45 | $0.00 | $37,293.45 |
| 3 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $33,817.08 | $33,817.08 | $0.00 |
| 4 | NEWREZ LLC  D/B/A »» 002 | Mortgage Arrears | $82,726.42 | $49,656.45 | $33,069.97 |
| 5 | AT&T MOBILITY II LLC C/O AT&T SERVICES »» 003 | Unsecured Creditors | $212.24 | $0.00 | $212.24 |
| 0 | DAVID B SCHWARTZ ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-13105-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $91,481.58 | Current Monthly Payment: | $2,377.00 |
| Paid to Claims: | $83,473.53 | Arrearages: | $2,369.08 |
| Paid to Trustee: | $8,008.05 | Total Plan Base: | $129,492.28 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.