UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re:<br><br>**James T. Van Horn,**<br>            **Debtor**<br><br>**The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4,**<br>            **Movant**<br>**v.**<br>**James T. Van Horn,**<br>            **Debtor/Respondent**<br><br>**Scott F. Waterman,**<br>            **Trustee/Respondent** | **Bankruptcy No. 21-13105-pmm**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW, this __12th__ day of __November__, 20__25__, upon consideration of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby ~~unconditionally terminated~~ modified with respect to The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4; and it is further

ORDERED, that The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4, its

successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 5077 Hampshire Rd. Center Valley, PA 18034, including without limitation a sheriff's sale of the property.

BY THE COURT

**Date: November 12, 2025**

_Patricia M. Mayer_
_____
**HON. Patricia M. Mayer**
**U.S. Bankruptcy Court Judge**