United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13105-pmm |
| James T Van Horn | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 12, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James T Van Horn, 5077 Hampshire Rd., Center Valley, PA 18034-9619 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 14, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

**Name**     **Email Address**

ALEXANDER G. TUTTLE
    on behalf of Debtor James T Van Horn agt@tuttlelegal.com
    7043@notices.nextchapterbk.com;tuttle.alexanderr102490@notify.bestcase.com

DAVID B. SCHWARTZ
    on behalf of Debtor James T Van Horn dbsesquire@gmail.com
    dbschwartzesq@aol.com;gerber.taylorb128924@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2007-4 bkgroup@kmllawgroup.com

JORDAN MATTHEW KATZ
    on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2007-4 jkatz@raslg.com

Kelly M. Appleyard

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2025 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue kappleyard@attorneygeneral.gov

MICHELLE L. MCGOWAN

on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2007-4 mimcgowan@raslg.com

MICHELLE L. MCGOWAN

on behalf of Creditor The Bank of New York Mellon mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]

ECFMail@ReadingCh13.com

SHERRI DICKS

on behalf of Creditor The Bank Of New York Mellon sdicks@raslg.com shrdlaw@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>**James T. Van Horn,**<br>    Debtor<br><br>**The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4,**<br>    Movant<br>v.<br>**James T. Van Horn,**<br>    Debtor/Respondent<br><br>**Scott F. Waterman,**<br>    Trustee/Respondent | **Bankruptcy No. 21-13105-pmm**<br><br>**Chapter 13** |

**ORDER OF COURT**

AND NOW, this  12th  day of  November , 20 25 , upon consideration of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby ~~unconditionally terminated~~ modified with respect to The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4; and it is further

ORDERED, that The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4, its

successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 5077 Hampshire Rd. Center Valley, PA 18034, including without limitation a sheriff's sale of the property.

BY THE COURT

**Date: November 12, 2025**

*Patricia M. Mayer*
_____
**HON. Patricia M. Mayer**
**U.S. Bankruptcy Court Judge**