**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| James T. Van Horn, | : | No. 21-13105-pmm |
| | : | |
| Debtor. | : | Electronically Filed Document |

**<u>WITHDRAWAL AND NOTICE OF APPEARANCE</u>**

TO:  CLERK, UNITED STATES BANKRUPTCY COURT

Kindly withdraw the appearance of Kelly M. Appleyard, Deputy Attorney General, in the above-captioned case on behalf of the Commonwealth of Pennsylvania, Department of Revenue and remove from the CM/ECF mailing list.

Kindly enter the appearance of Christopher R. Momjian, Senior Deputy Attorney General, on behalf of the Commonwealth of Pennsylvania, Department of Revenue in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any party, be given to the Commonwealth by serving Christopher R. Momjian.

DAVID W. SUNDAY, JR.
Attorney General

| WITHDRAWAL | ENTRY |
|---|---|
| BY:  */s/ Kelly M. Appleyard* | BY: */s/ Christopher R. Momjian* |
| Kelly M. Appleyard | Christopher R. Momjian |
| Deputy Attorney General | Senior Deputy Attorney General |
| PA Attorney No. 320919 | PA Attorney No. 57482 |
| 15th Floor, Strawberry Square | The Phoenix Building |
| Harrisburg, PA  17120 | 1600 Arch Street, Suite 300 |
| | Philadelphia, PA 19103 |
| Phone: (717) 497-8758 | Phone:  (215) 560-2424 |
| Email: kappleyard@attorneygeneral.gov | Email: crmomjian@attorneygeneral.gov |

DATED:  April 21, 2026

*Counsel for the Commonwealth of
Pennsylvania, Department of Revenue*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                           :           Chapter 13
                                                 :
James T. Van Horn,                               :           No. 21-13105-pmm
                                                 :
                              Debtor.   :           Electronically Filed Document

**CERTIFICATE OF SERVICE**

I, Christopher R. Momjian, hereby certify that the Withdrawal and Notice of Appearance

has been filed electronically on this day, and is available for viewing and downloading from the

Court's Electronic Case Filing System.

                                                 Respectfully submitted,

                                                 DAVID W. SUNDAY, JR.
                                                 Attorney General


                                        By:     _/s/ Christopher R. Momjian_
                                                 Christopher R. Momjian
Office of Attorney General                       Senior Deputy Attorney General
Financial Enforcement Section                    Attorney ID 57482
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103                           MELISSA L. VAN ECK
Phone: (215) 560-2424                            Chief Deputy Attorney General


crmomjian@attorneygeneral.gov
                                                 *Counsel for Commonwealth of Pennsylvania,*
Date:  April 21, 2026                            *Department of Revenue*