Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

James T Van Horn
5077 Hampshire Rd.
Center Valley, PA 18034

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 21-13105-PMM**

Petition Filed Date: 11/19/2021
341 Hearing Date: 02/01/2022
Confirmation Date: 12/22/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/02/2025 | $2,377.00 | | 09/30/2025 | $2,377.00 | | 11/03/2025 | $2,377.00 | |
| 12/02/2025 | $2,377.00 | | 12/31/2025 | $2,377.00 | | 01/30/2026 | $2,377.00 | |
| 03/02/2026 | $2,377.00 | | 03/30/2026 | $2,377.00 | | 05/01/2026 | $2,377.00 | |
| 06/02/2026 | $2,377.00 | | 06/30/2026 | $2,377.00 | | 07/30/2026 | $2,377.00 | |

**Total Receipts for the Period: $28,524.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $120,005.58**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ALEXANDER G TUTTLE ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $37,293.45 | $21,815.54 | $15,477.91 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $33,817.08 | $33,817.08 | $0.00 |
| 4 | NEWREZ LLC D/B/A<br>»» 002 | Mortgage Arrears | $54,148.97 | $54,148.97 | $0.00 |
| 5 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 003 | Unsecured Creditors | $212.24 | $124.16 | $88.08 |
| 0 | DAVID B SCHWARTZ ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-13105-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $120,005.58 | Current Monthly Payment: | $2,377.00 |
| Paid to Claims: | $109,905.75 | Arrearages: | $2,369.08 |
| Paid to Trustee: | $10,099.83 | Total Plan Base: | $129,492.28 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.